**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Eric WATSON, Petitioner**

**Commonwealth of Pennsylvania,
Respondent**

v.

**Eric Watson, Petitioner**

**No. 210 EAL 2016
No. 211 EAL 2016**

Supreme Court of Pennsylvania.

September 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**